**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

RUTH ENGEBRETSON                                                                                                PLAINTIFF

v.                                          Case No. 4:24-CV-00123-LPR-JTK

SOCIAL SECURITY ADMINISTRATION,                                                              DEFENDANT
*Commissioner*

## **JUDGMENT**

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is reversed and remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED THIS 13th day of June, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE